

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2018

No. 04-18-00127-CR

Ex Parte Leonardo **NUNCIO**,
Appellant

From the County Court at Law No 1, Webb County, Texas
Trial Court No. 2017 CVJ 002365-C1
Honorable Hugo Martinez, Judge Presiding

## O R D E R

Sitting:  Karen Angelini, Justice
    Marialyn Barnard, Justice
    Patricia O. Alvarez, Justice

The court previously set this appeal for submission on briefs. After appellant received out notice letter, he filed a motion asking that we reconsider our decision to submit this matter on briefs as opposed to holding oral argument. After review, we **DENY** appellant's motion to reconsider. Accordingly, the matter will be submitted on briefs as previously indicated in our letter of July 12, 2018.

It is so **ORDERED** on August 2, 2018.

**PER CURIAM**

ATTESTED TO: _____
     Keith E. Hottle
     Clerk of Court